UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RONALD FULLER,

                                               Plaintiff,

                           -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
OFFICER TREVOR WHITE, Shield # 00360, 83rd Precinct,
NEW YORK CITY POLICE OFFICER DIAZ, Tax # *****4,
75th Precinct, NEW YORK CITY POLICE OFFICER JANE
DOE, 75th Precinct, NEW YORK CITY POLICE OFFICER
CHOWDHURY, Tax #*****5, 75th Precinct, NEW YORK
CITY POLICE OFFICER RUSS, Tax #*****0, 75th Precinct,
NEW YORK CITY POLICE OFFICER HUI, Tax #******8,
75th Precinct, NEW YORK CITY POLICE OFFICER
JOHNPAUL CATANO, Shield #****, Narcotics Boro
Brooklyn North, NEW YORK CITY POLICE OFFICER
VINCENT GAMBINO, Shield # 31824, 75th Precinct,

                                               Defendants.
------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-2509 (AMD) (CLP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
October 12, 2017

VICTOR BROWN
*Attorney for Plaintiff*
11 Park Place, Suite 600
New York, NY 10007

By: _____
Victor Brown
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, White, Diaz, Chowdhury, Russ, Hui, Catano, and Gambino*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Christopher G. Arko
*Senior Counsel*

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017

2